IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BEZELL LEE,**

      **Plaintiff,**

      -vs-                       No. 02-CV-125-DRH

**KEN BERRY and**
**LELAND CHERRY,**

      **Defendants.**

## JUDGMENT IN A CIVIL CASE

**JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and is now before the Court on Defendants' motion for judgment as a matter of law at the close of the Plaintiff's case.

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED** on the issue of immunity on Count I and lack of evidence on Counts II through VI. Plaintiff's complaint is **DISMISSE**D **with prejudice**. Judgment is entered in favor of Defendants **KEN BERRY** and **LELAND CHERRY** and against Plaintiff **BEZELL LEE**.

                                                **NORBERT G. JAWORSKI, CLERK**

September 21, 2005                      By: s/ Patricia Brown
                                                     Deputy Clerk

APPROVED: /s/    David RHerndon        EOD: 9/21/2005
            U.S. DISTRICT JUDGE